# UNITED STATES DISTRICT COURT

Western      District of      North Carolina

UNITED STATES OF AMERICA

V.

Regulo RANGEL-Gutierrez

**WARRANT FOR ARREST**

Case Number: 3:06mj 141

YOU ARE HEREBY COMMANDED to arrest    **Regulo RANGEL-Gutierrez**
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)
enter, attempt to enter, or was at any time found in the United States after having been arrested and deported from the United States, without having obtained the express consent of the Attorney General of the United States prior to March 1, 2003 or from Secretary of the Department of Homeland Security after March 1, 2003 to reapply for admission to the United States.

in violation of Title    8    United States Code, Section(s)    1326(a)

David C. Keesler                         /s/ David C. Keesler
Name of Issuing Officer                  Signature of Issuing Officer

United States Magistrate Judge           July 7, 2006  Charlotte, North Carolina
Title of Issuing Officer                 Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | Melvin K. Pedersen<br>Special Agent<br>Immigration & Customs Enforcement | |